**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIA GUADALUPE GUEVARA VALDEZ; a/k/a Ma Guadalupe Guevara Valdez; a/k/a Maria Guadalupe Vargas; a/k/a Sylvia Torres, <br><br> Defendant. | No. 13-CR-4112-DEO <br><br> ORDER ACCEPTING 11(c)(1)(C) REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA |

## I. INTRODUCTION AND BACKGROUND

Before the Court is Magistrate Judge Leonard T. Strand's Report and Recommendation Concerning Guilty Plea (Docket No. 22, 02/28/2014).

On December 19, 2013, a five count Indictment (Docket No. 2) was filed in the above-referenced case. On February 28, 2014, Defendant Maria Guadalupe Guevara Valdez; a/k/a Ma Guadalupe Guevara Valdez; a/k/a Maria Guadalupe Vargas; a/k/a Sylvia Torres appeared before United States Magistrate Judge Leonard T. Strand and entered guilty pleas to Counts One, Two, and Four of the Indictment (Counts 3 and 5 to be dismissed at the time of sentencing), under a binding plea agreement with

the Government, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).[1] The Report and Recommendation states that pursuant to the terms of the plea agreement:

> The court further advised the defendant that pursuant to the terms of the plea agreement, which provided that she was pleading guilty pursuant to Rule 11(c)(1)(C), Federal Rules of Criminal Procedure, she would be sentenced to a term of imprisonment of 30 days on Counts One and Two, with each term to be served concurrently, with credit for time served by defendant. This 30-day term shall be followed by a consecutive two year prison term on Count Four . . . The defendant also was advised that the court was obligated to impose a special assessment of $100.00 on each count, for a total of $300.00 which she must pay.

Docket No. 22 at 3.

Count One of the Indictment charges that on or about November 23, 2012, in the Northern District of Iowa, defendant, Maria Guadalupe Guevara Valdez, for the purpose of obtaining a thing of value and for other purposes, with intent to deceive, falsely represented a number to be the social security account number assigned to her by the Commissioner of Social Security, when in fact the number had not been so

---

[1] The plea agreement is filed under seal at Docket No. 19-1.

assigned to her and had been assigned to another person. Defendant used the Social Security Number, bearing the last four digits, "4564," to apply for and maintain employment at Tyson Fresh Meats, in Denison, Iowa, under the assumed identity of another person.

This was in violation of Title 42, United States Code, Section 408(a)(7)(B).

Count Two of the Indictment charges that on or about September 19, 2012, in the Northern District of Iowa, defendant, Maria Guadalupe Guevara Valdez, for the purpose of obtaining a thing of value and for other purposes, with intent to deceive, falsely represented a number to be the social security account number assigned to her by the Commissioner of Social Security, when in fact the number had not been so assigned to her and had been assigned to another person. Defendant used the Social Security Number, bearing the last four digits, "4564," in an Iowa Department of Human Services Health and Financial Support Application, under the assumed identity of another person.

This was in violation of Title 42, United States Code, Section 408(a)(7)(B).

Count 4 of the Indictment charges that between about September 2012, and December 11, 2013, in the Northern District of Iowa, defendant Maria Guadalupe Guevara Valdez, using the name "SYLVIA TORRES" during and in relation to the offenses set out in Counts 1 and 2 and 3[2] above, did knowingly possess and use without lawful authority a means of identification that defendant knew belonged to another person, including the name Sylvia Torres and the Social Security Number bearing the last four digits "4564," of an actual person.

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

The Report and Recommendation (Docket No. 22) recommends that defendant Maria Guadalupe Guevara Valdez's guilty plea be accepted. Waivers of objections to Judge Strand's Report and Recommendation were filed by each party (Docket Nos. 23 and 24). The Court, therefore, undertakes the necessary review to

---

[2] Under the terms of the plea agreement, Count 3 of the Indictment, "Making a False Statement In Application for a Passport" which is in violation of Title 18, United States Code, Section 1542, is to be dismissed at the time of sentencing.

accept defendant Maria Guadalupe Guevara Valdez's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Magistrate Judge Strand's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Magistrate Judge Strand's Report and Recommendation (Docket No. 22), and accepts defendant Maria Guadalupe Guevara Valdez's plea of guilty in this case to Counts One, Two and Four of the Indictment (Docket No. 2). **<u>At the time of sentencing, the Court will determine whether to accept the parties' Rule 11(c)(1)(C) plea agreement and the agreed upon sentence in that plea agreement pursuant to Federal Rules of Criminal Procedure 11(c)(5)</u>**:

> if the Court rejects a plea agreement containing provisions of the type specified in Rule 11(c)(1)(A) or (C), the Court must do the following on the record and in open court (or, for good cause, in camera):
>
> (A) inform the parties that the Court rejects the plea agreement;

(B) advise the defendant personally that the court is not required to follow the plea agreement and give the defendant an opportunity to withdraw the plea; and

(C) advise the defendant personally that if the plea is not withdrawn, the court may dispose of the case less favorably toward the defendant than the plea agreement contemplated.

FED. R. CRIM. P. 11(c)(5).

**IT IS SO ORDERED** this 1st day of April, 2014.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa